# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–17081 – TJC**   Chapter: **7**   Adversary No.: **18–00279**

**Janicenn Teagle**
Debtor

**Janicenn Teagle**
Plaintiff(s)

vs.

**U.S. Department of Education**
**Educational Credit Management Corp.**
**Navient Solutions LLC**
Defendant(s)

# NOTICE

PLEASE TAKE NOTICE that a Telephonic Status Hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

on 11/21/18 at 10:00 AM

to consider and act upon the following:

19 – Motion to Dismiss Party Filed by U.S. Department of Education. (Attachments: # 1 Memorandum of Law # 2 Exhibit 1 – O'Keefe Declaration # 3 Proposed Order) (Lazerow, Alan)

20 – Response on behalf of Janicenn Teagle Filed by Stephen M Hearne (related document(s)19 Motion to Dismiss Party filed by Defendant U.S. Department of Education). (Hearne, Stephen)

21 – Motion to Dismiss Adversary Proceeding Filed by Educational Credit Management Corp.. (Attachments: # 1 Exhibit 1 – Borrower Snapshot # 2 Proposed Order) (Mastro, Frank)

22 – Line Filing United States Department of Education's Joinder to Educational Credit Management Corporation's Motion to Dismiss Plaintiffs Amended Complaint Filed by Alan Carl Lazerow (related document(s)21 Motion to Dismiss Adversary Proceeding filed by Defendant Educational Credit Management Corp.). (Lazerow, Alan)

23 – Opposition on behalf of Janicenn Teagle Filed by Stephen M Hearne (related document(s)21 Motion to Dismiss Adversary Proceeding filed by Defendant Educational Credit Management Corp.). (Hearne, Stephen)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/23/18

                                      Mark A. Neal, Clerk of Court
                                      by Deputy Clerk, Michelle Maloney–Raymond
                                      410–962–4373

Form stathrgmdb (rev. 12/2003)