_____   TN   _____                    ✗ RETAIN

Thomas J. Catliota , U. S. BANKRUPTCY JUDGE         Evidentiary Hrg: Y/N
                                                    Exhibits Filed: Y/N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 02/27/2019 Time: 10:00

*Telephonic Status conf*

CASE: 18-00279 Teagle v. U.S. Department of Education et al

Related: 18-17081 Janicenn Teagle

~~Stephen M Hearne~~ representing Janicenn Teagle (Plaintiff)
Alan Carl Lazerow representing U.S. Department of Education (Defendant)
~~PRO SE Navient Sol~~utions LLC (Defendant)

[43] Answer to Complaint Filed by U.S. Department of Education.

**FILED BY** : U.S. Department of Education BY A Lazerow

[21] Motion to Dismisss2 Proposed Order) (Mastro, Frank) Modified on 1/7/2019 (Maloney-Raymond, Michelle). Modified on 1/7/2019 (Maloney-Raymond, Michelle).

**FILED BY** : Educational Credit Management Corp.

[23] Opposition on behalf of Janicenn Teagle Filed by Stephen M Hearne (related document(s) 21 Motion to Dismiss Adversary Proceeding filed by Defendant Educational Credit Management Corp.).

**FILED BY** : Janicenn Teagle BY S Hearne

SCHEDULE:

    1. Discovery cutoff:_____     6. Pretrial memos/exhibits:_____
    2. Dispositive motions:_____  7. Trial times est:_____days____hrs
    3. Status report due:_____    8. Trial date:_____ time:_____
    4. Motions hrg. date:_____    9. Expert witness & Rpts:_____
    5. Final pretrial hrg:_____   10. Reissue Summons:_____

DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

    _____Judgment for Plaintiff(s)_____

    _____Judgment for Defendant(s)_____

_____Consent                          _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____             for want of Prosecution

                                       _____ Day Settlement Order

_____Decision Reserved                _____ Moot

_____Default / No Response            _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order                 _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] plaintiff's counsel       [ ] Court
      [ ] defendant's counsel       [ ] Other _____

NOTES:

Lazerow: Assignt for ECMC + DOE
   · ECMC been dismissed
   · Admin discharge an effect of bankruptcy discharge

Cont to enter scheduling order w/ 120 days of discovery