

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at GREENBELT

| | | |
|---|---|---|
| In re: | * | Case No.  18-17081 TJC (SAL) |
| Janicenn Teagle | * | Chapter  7 |
|     Debtor | * | |
| * * * * * * | * | |
| Janicenn Teagle | * | |
|     Plaintiff | * | |
| vs. | * | Adversary No.  18-00279 TJC |
| U.S. Department of Education | * | |
|     Defendant | * | |
| * * * * * * * * * * * * * * | | |

## **SCHEDULING ORDER**

For good cause appearing, it is Ordered, that:

1. The parties shall comply with Local Bankruptcy Rule 7012-1(b) within **_14 days_** of this Order if the parties have not already done so.

2. The parties shall comply with the initial disclosure requirements of Fed. R. Civ. P. 26(a).

3. Expert witnesses and reports are to be disclosed and furnished by **_April 29, 2019._**

4. Counter-designation of expert witnesses and reports are to be disclosed and furnished by **_May 29, 2019._**

5. Discovery is to be completed by **_June 28, 2019._**

6. Dispositive motions by any party are due **_August 12, 2019._**

7. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by *October 28, 2019.*  The parties must also file any portion of a deposition that will be offered by a party in its case in chief, and must identify the witness, date, line numbers and pages of the deposition, and provide a copy of same. Any other party must make a counter- designation as allowed under Fed. R. Civ. P. 32(a)(6) by *November 12, 2019.*

   **IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

8. The deadline to object to exhibits and list of witnesses is *November 26, 2019.*  Exhibits not objected to in writing will be admitted if offered.  Witnesses not objected to in writing will be allowed to testify if called.

9. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by *November 26, 2019.*

10. A final pre-trial conference shall be held on *December 4, 2019 at 10:00 am.*  Upon advance notice to the Court, this conference may be conducted telephonically.

11. Trial time estimate *1 day.*

12. TRIAL IS SET FOR *December 11, 2019 at 10:30 am.*

13. Copies of all pleadings are to be served on the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770.

**FAILURE TO COMPLY WITH THE SCHEDULING ORDER MAY RESULT IN SANCTIONS BEING IMPOSED BY THE COURT ON THE OFFENDING PARTY, INCLUDING, BUT NOT LIMITED TO, DISMISSAL OF THE ACTION.**

**ALL PARTIES ARE ADVISED TO REVIEW CAREFULLY LOCAL RULE 9037-1 CONCERNING THEIR OBLIGATIONS TO LIMIT THE INTRODUCTION OF PRIVATE INFORMATION AND TO REVIEW TRANSCRIPTS TO REDACT PRIVATE INFORMATION.**

cc:   all parties
      all counsel

**End of Order**